# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN R. POLAND,

    Plaintiff,

v.

TECHSKILLS, LLC, et al.,

    Defendants.

2:11-CV-450 JCM (PAL)

## ORDER

Presently before the court is defendants TechSkills, LLC and Tom Jenkins' motion to dismiss. (Doc. #8). Any opposition was due May 15, 2011, and on May 12, 2011, plaintiff John Poland filed a notice of voluntary dismissal (doc. #9).

Plaintiff filed his complaint (doc. #1) on March 25, 2011, against defendants Tom Jenkins, TechSkills, LLC, and Richard Vance. In plaintiff's notice (doc. #9), he voluntarily dismisses the complaint (doc. #1) against all parties without prejudice. In light of the voluntary dismissal, defendants' motion to dismiss is moot.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendants TechSkills, LLC and Tom Jenkins' motion to dismiss (doc. #8) be, and the same hereby is, DENIED as moot.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that the above captioned case be dismissed against all
2 defendants pursuant to the notice of voluntary dismissal (doc. #9).
3  DATED June 9, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -